FILED
CLERK, U.S. DISTRICT COURT

JUN 2 4 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Hector Gutierrez,

               Plaintiff,

       v.

County of Los Angeles, et al.

            Defendant.

NO. CV25-12459-MCS (AS)

**NOTICE OF SUBMISSION OF DOCUMENTS TO COURT CLERK FOR FORWARDING TO UNITED STATES MARSHAL**

Plaintiff hereby states under penalty of perjury that he has complied with the Court's Order, issued on May 14, 2026.

clerk On **06-23-2026**, Plaintiff ~~sent [insert number of copies]~~ **HAND DELIVERED to court** **4** completed USM-285 forms to the Clerk to Magistrate Judge Sagar for forwarding to the United States Marshal to effect service of process of the Civil Rights Complaint, filed on December 27, 2025.

Plaintiff further states under penalty of perjury that he has not requested service by the United States Marshal upon any person except those listed in the Court's Order Directing Service of Process by the United States Marshal.

Dated: **06-23-2026**

_____
Hector Gutierrez,
PLAINTIFF, PROCEEDING PRO SE

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF Hector Gutierrez | COURT CASE NUMBER 2:25-CV-12459-MCS-AS |
|---|---|
| DEFENDANT County OF LOS ANGELES et al. | TYPE OF PROCESS Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Deputy (Doe) GARCIA # 624326

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

LASD TRANSIT SERV. BUREAU / 2000 E. IMPERIAL HWY Los ANGELES CA. 90059

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Hector Gutierrez
1015 Rosewood Ave
Inglewood CA 90301

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

2000 E. IMPERIAL HWY LA. CA. 90059. VERIFIED AS TO #624326 GARCIA'S LOCATION

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 424-200-1504 | DATE 06-21-2026 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | | |

| Address (*complete only different than shown above*) | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** Hector Gutierrez | **COURT CASE NUMBER** 2:25-cv-12459-MCS+ |
| **DEFENDANT** COUNTY OF LOS ANGELES ET AL, ~~DOE BRITTO (Deputy #~~ | **TYPE OF PROCESS** Summons & Complaint |

**NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN**

**SERVE AT** { Deputy (DOE) BRITTO # 624418
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* 2000 E. IMPERIAL HWY
LASD TRANSIT Serv. Bureau - LOS ANGELES CA. 90059

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| HECTOR GUTIERREZ 1015 ROSEWOOD AVE INGLEWOOD CA. 90301 | Number of process to be served with this Form 285  **2** |
| | Number of parties to be served in this case  **4** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

2000 E. IMPERIAL HWY LA. CA. 90059 VERIFIED AS TO #624418 BRITTOS Current Location.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ **PLAINTIFF** ☐ **DEFENDANT** | **TELEPHONE NUMBER** 424-200-1504 | **DATE** 06-21-2026 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin  No. | District to Serve  No. | Signature of Authorized USMS Deputy or Clerk | | Date |
|---|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | Date | Time | ☐ am ☐ pm |
|---|---|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

**REMARKS**

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Hector Gutierrez | 2:25-CV-12459-MCS-AS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| County of Los Angeles Sheriff | Summons & Complaint |

**NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN**

**SERVE AT** County of Los Angeles Sheriff RISK MAN. Bureau

**ADDRESS** *(Street or RFD, Apartment No., City, State and ZIP Code)*
4900 S. EASTERN AVENUE, Suite 102 Commerce 90040

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| HECTOR GUTIERREZ<br>1015 ROSEWOOD AVE<br>INGLEWOOD CA. 90301 | Number of process to be served with this Form 285 — 1<br>Number of parties to be served in this case — 4<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 424-2001504 | DATE 06-21-2026 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am<br>☐ pm |
|---|---|---|---|
| | | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

**REMARKS**

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF Hector Gutierrez | COURT CASE NUMBER 2:25CV -12459-MCS-AS |
|---|---|
| DEFENDANT County of Los Angeles et al, | TYPE OF PROCESS Summons & Complaint |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT** { COUNTY OF LOS ANGELES

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
500 W. TEMPLE ST. Room 383 Los Angeles 9001.

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| HECTOR GUTIERREZ<br>1015 ROSEWOOD AVE<br>INGLEWOOD CA 90301 | Number of process to be served with this Form 285  1 |
| | Number of parties to be served in this case  4 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER 424-200-1504 | DATE 06-21-2026 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | | |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

**REMARKS**

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

M-265 FORMS
# 2:25-CV-R459-MCS-AS

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 2 4 2026
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

RECEIVED
U.S. DISTRICT COURT
JUN 2 4 2026
DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
ATTN: CLERK TO MAGISTRATE JUDGE
ALKA SAGAR   Ms. ALMA FELIX
255 EAST TEMPLE ST.
SUITE 1200
LOS ANGELES CA
90012.

BUSINESS REPLY MAIL

