FILED
CLERK, U.S. DISTRICT COURT
8/7/26
CENTRAL DISTRICT OF CALIFORNIA
BY: SHA DEPUTY

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Hector Gutierrez | COURT CASE NUMBER: 2:25CV-12459-MCS-AS |
| DEFENDANT: County of Los Angeles et al, | TYPE OF PROCESS: Summons & Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: COUNTY OF LOS ANGELES
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 500 W. TEMPLE ST. Room 383 Los ANGELES 9001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
HECTOR GUTIERREZ
1015 ROSEWOOD AVE
INGLEWOOD CA 90301

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 4
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of: [signature]
☑ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 424-200-1504
DATE: 06-21-2026

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 12 | No. 12 | [signature] | 6/29/26 |

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Yarcely Welch Deputy Clerk
Date: 6/29/26
Time: 12:10 ☑ am ☐ pm

Address *(complete only different than shown above)*:
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 25-12459-MCS (AS)

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* County of Los Angeles
was received by me on *(date)* 6/29/26 .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Yanely Welch , who is
designated by law to accept service of process on behalf of *(name of organization)* County of LA
______________________ on *(date)* 6/29/26 ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/29/26

Runyan
*Server's signature*

Runyan DUM
*Printed name and title*

350 W. Mt Ave, LA CA 9001
*Server's address*

Additional information regarding attempted service, etc: